In the Matter of the Application to Strike from the Registry of Electors for the General Election to Be Held November 7, 1933, the Names of Certain Registrants, Inmates of St. Ann's School of Industry and House of the Good Shepherd, REGISTERED IN THE SIXTH ELECTION DISTRICT OF THE NINETEENTH WARD OF THE CITY OF ALBANY, NEW YORK.

CATHERINE WILPERS and Another, as Members of the Board of Inspectors of Election, etc., Appellants; WILLIAM A. HUGHES, Respondent.*

Third Department, November 1, 1933.

* Affd., 262 N. Y. 715.

*Charles J. Duncan* [*Edward S. Rooney* of counsel], for the appellants.

*Borden H. Mills* [*John J. McManus* of counsel], for the respondents.

Order reversed, on the law and facts, and proceeding dismissed, on the ground that the persons referred to have established a *bona fide* residence at the place in question, and are not persons " kept " at the institution within the meaning of the State Constitution.

RHODES, McNAMEE, BLISS and HEFFERNAN, JJ., concur; HILL, P. J., dissents and votes to affirm on the ground that the persons excluded have not gained a voting residence in the sixth election district of the nineteenth ward in the city of Albany, as they are being " kept " at an institution partly supported at public expense, under article 2, section 3, of the State Constitution.